B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re Lourens Allahverdy, Doumarieh Babayan
Debtors

Case No. 13-38980

Chapter 13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 141       Check one  ☐ With the filing of the petition, or
                       ☒ On or before Oct. 18, 2013

$ 141       on or before Nov. 5, 2013

$ _____   on or before _____

$ _____   on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Date: Oct. 9, 2013

BY THE COURT

*Jacqueline P. Cox*
J.P. Cox
United States Bankruptcy Judge